IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EUROMARKET DESIGNS, INC. and DOES 1-50, inclusive,<br><br>        Defendants. | No. C 11-00945 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO PARTIALLY DISMISS OR STRIKE** |

This matter is set for a hearing on June 10, 2011 on Defendant Euromarket Designs, Inc.'s motion to partially dismiss or strike. For the sake of convenience, the Court shall hear the related matters together, and HEREBY CONTINUES the hearing to June 17, 2011. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 5, 2011 and a reply brief shall be filed by no later than May 12, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 21, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE