1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  THOMAS O'CONNOR, an individual, on behalf of himself and all others similarly situated,<br><br>14<br><br>15         Plaintiffs,<br>       v.<br>16<br>   EUROMARKET DESIGNS, INC., an Illinois<br>17 corporation; and DOES 1 through 50, inclusive,<br><br>18         Defendants.<br>19<br>20 | Case No. 3:11-CV-02140-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS FEES, COSTS AND INCENTIVE AWARDS<br><br>Date:  June 28, 2013<br>Time:  9:00 a.m.<br>Place:  Courtroom 11<br>Judge:  Hon. Jeffrey S. White<br><br>Complaint filed:      May 11, 2001 |
| 21  NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br>22<br>23         Plaintiff,<br>       v.<br>24<br>   EUROMARKET DESIGNS, INC. d/b/a CRATE & BARREL, an Illinois corporation,<br>25<br>26         Defendant.<br>27<br>28 | Case No. 3:11-CV-00945-JSW |

| | |
|---|---|
| JESSICA SHUGHROU, an individual, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation, and DOES 1 through 50, inclusive<br><br>   Defendants | Case No. 3:11-cv-02325-JSW |
| CARLOS CAMPBELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC., an Illinois corporation,<br><br>   Defendant. | Case No. 3:11-CV-01368-JSW |
| ZETHA NOBLE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, an Illinois corporation,<br><br>   Defendant. | Case No. 3:11-CV-03329-JSW |
| TIFFANY HEON, for herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC., dba CRATE & BARREL and DOES 1 through 20, inclusive,<br><br>   Defendant. | Case No. 3:11-CV-05239-JSW |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS FEES, COSTS AND INCENTIVE AWARDS

The motion by Plaintiffs, which seeks an award of attorneys' fees, costs and incentive awards, came on for hearing before this Court on June 28, 2013. The Court, having considered all papers and arguments made with respect to the Motion for Award of Attorneys' Fees, Costs and Incentive Awards, hereby finds and orders as follows:

**FINDINGS:**

1. An award of Four Hundred Ninety Thousand Dollars and No Cents ($490,000) in attorneys' fees and costs to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience and efforts in prosecuting this action, and the benefits obtained for the Settlement Class members.

2. An incentive award to each Class Representative, Jason Salmonson, Jessica Shughrou, Carlos Campbell, Nancy Dardarian, Thomas O'Connor, Tiffany Heon, and Zetha Noble, in the amount of Three Thousand Dollars and No Cents ($3,000.00) is fair and reasonable in light of their risks in commencing these actions as the Class representatives and the time and effort spent litigating this action as the Class representatives.

**IT IS SO ORDERED THAT:**

3. **Attorneys' Fees and Costs.** Class Counsel is awarded attorneys' fees and costs in the amount of $490,000.00.

4. **Incentive Awards.** Class Representatives Jason Salmonson, Jessica Shughrou, Carlos Campbell, Nancy Dardarian, Thomas O'Connor, Tiffany Heon, and Zetha Noble are awarded $3,000.00 each as incentive awards.

Dated: June 28, 2013

_____
Hon. Jeffrey S. White
United States District Judge

1

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS FEES, COSTS AND INCENTIVE AWARDS